UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GARCIA, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:18-cv-0500-L-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 171]** |

The Court, having reviewed the Parties' Joint Motion to Dismiss and finding good cause therefor, hereby dismisses this action with prejudice. Each party to bear their own attorneys' fees and costs except as otherwise agreed upon. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 4, 2025

_____
Hon. M. James Lorenz
United States District Judge

1